IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL SCOTT,

                      Plaintiff,

    v.

J. PERTTU, J. LABELLE, NURSE NIVAS,
NURSE LEMENS, B. HOMPE, CINDY O'DONNELL
and MANAGER LUTSEY,

                      Defendants.

ORDER

17-cv-609-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered on September 18, 2017, I dismissed plaintiff Michael Scott's complaint because it violated Fed. R. Civ. P. 8. On October 8, 2017, I gave plaintiff an extension of time and advised him that if he failed to file an amended complaint by October 20, 2017, I would dismiss his case. To date, plaintiff has not filed an amended complaint or otherwise responded to the court's October 12 order. Accordingly, this case will be dismissed.

ORDER

IT IS ORDERED that this case is DISMISSED for plaintiff Michael Scott's failure to state a claim upon which relief may be granted. The clerk of court is directed to enter judgment in favor of defendants and close this case.

Entered this 15th day of November, 2017.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

1