IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL SCOTT,

                                                    JUDGMENT IN A CIVIL CASE

         Plaintiff,

                                                    17-cv-609-bbc

v.

J. PERTTU, J. LABELLE,
NURSE NIVAS, NURSE LEMENS,
B. HOMPE, CINDY O'DONNELL and
MANAGER LUTSEY,

         Defendants.

_____

         This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has been
rendered.

_____

         IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this

case for plaintiff Michael Scott's failure to state a claim upon which relief may be

granted.


         /s/                                              11/15/2017

_____         _____
   Peter Oppeneer, Clerk of Court                    Date